# Gandy v. Pinkerton, Appellant.

Argued Dec. 13, 1906. Appeal, No. 33, Oct. T., 1906, by defendant, from order of C. P. No. 1, Phila. Co., Dec. T., 1905, No. 860, making absolute rule for judgment for want of a sufficient affidavit of defense in case of George S. Gandy v. William W. Pinkerton. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Affirmed.

*Samuel P. Tull*, for appellant.

*W. P. Rambo*, with him *Ormond Rambo*, for appellee.

OPINION BY ORLADY, J., October 7, 1907 :

In an opinion filed this day in Gandy v. Weckerly, ante, p. 79, the question involved in this case is disposed of, and inasmuch as the affidavit in that case is more adequate in its statement of the defense, it is not necessary to repeat what is therein said.

The judgment is affirmed.

MORRISON, J., dissenting:·

This case does not materially differ from Gandy v. Wec-kerly, ante, p. 79, in which I have this day filed a dissenting opinion, and for the reasons there stated, I would reverse the judgment in this case with procedendo.

HEAD and BEAVER, JJ., concur in this dissent.